AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 1:00 pm, Aug 25, 2020

JAMAR BRADLEY

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:18-cv-47
2:16-cr-12

UNITED STATES OF AMERICA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated August 25, 2020, the Magistrate Judge's Report and Recommendations is ADOPTED as the Order of the Court; Bradley's Motion to Vacate, Set, Aside or Correct Sentence and Motion to Dismiss are DENIED; judgment is hereby entered. Further, Movant is DENIED in forma pauperis status on appeal and a Certificate of Appealability. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: August 25, 2020

John Triplett, Acting Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03